```
UNITED STATES DISTRICT COURT                       (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -: 11 Civ. 8023 (PAE) (JCF)
MAXIE LEAK,                           : 11 Civ. 8983 (PAE) (JCF)
                                      : 11 Civ. 9693 (PAE) (JCF)
              Plaintiff,              : 12 Civ. 0618 (PAE) (JCF)
                                      : 12 Civ. 0946 (PAE) (JCF)
      - against -                     : 12 Civ. 2821 (PAE) (JCF)
                                      : 12 Civ. 3139 (PAE) (JCF)
DORA B. SCHRIRO, et al.,              : 12 Civ. 3385 (PAE) (JCF)
                                      : 12 Civ. 3430 (PAE) (JCF)
              Defendants;             : 12 Civ. 3580 (PAE) (JCF)
                                      : 12 Civ. 3647 (PAE) (JCF)
and related cases.                    : 12 Civ. 3650 (PAE) (JCF)
                                      : 12 Civ. 3685 (PAE) (JCF)
                                      : 12 Civ. 3690 (PAE) (JCF)
                                      : 12 Civ. 3691 (PAE) (JCF)
                                      : 12 Civ. 3908 (PAE) (JCF)
                                      : 12 Civ. 4069 (PAE) (JCF)
                                      : 12 Civ. 4080 (PAE) (JCF)
                                      : 12 Civ. 4169 (PAE) (JCF)
                                      : 12 Civ. 4170 (PAE) (JCF)
                                      : 12 Civ. 4266 (PAE) (JCF)
                                      : 12 Civ. 4274 (PAE) (JCF)
                                      : 12 Civ. 4275 (PAE) (JCF)
                                      : 12 Civ. 4276 (LAP) (JCF)
                                      : 12 Civ. 4299 (PAE) (JCF)
                                      : 12 Civ. 4302 (PAE) (JCF)
                                      : 12 Civ. 4306 (PAE) (JCF)
                                      : 12 Civ. 4307 (PAE) (JCF)
                                      : 12 Civ. 4382 (PAE) (JCF)
                                      : 12 Civ. 4346 (PAE) (JCF)
                                      : 12 Civ. 4347 (PAE) (JCF)
                                      : 12 Civ. 4383 (PAE) (JCF)
                                      : 12 Civ. 4394 (PAE) (JCF)
                                      : 12 Civ. 4396 (PAE) (JCF)
                                      : 12 Civ. 4457 (PAE) (JCF)
                                      : 12 Civ. 4517 (PAE) (JCF)
                                      : 12 Civ. 4523 (PAE) (JCF)
                                      : 12 Civ. 4524 (PAE) (JCF)
                                      : 12 Civ. 4532 (PAE) (JCF)
                                      : 12 Civ. 4533 (PAE) (JCF)
                                      : 12 Civ. 4630 (PAE) (JCF)
                                      : 12 Civ. 4634 (PAE) (JCF)
                                      : 12 Civ. 4638 (PAE) (JCF)
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/12

```
                                    :  12 Civ. 4670 (PAE) (JCF)
                                    :  12 Civ. 4671 (PAE) (JCF)
                                    :  12 Civ. 4694 (PAE) (JCF)
                                    :  12 Civ. 4698 (PAE) (JCF)
                                    :  12 Civ. 4699 (PAE) (JCF)
                                    :  12 Civ. 4700 (PAE) (JCF)
                                    :  12 Civ. 4803 (PAE) (JCF)
                                    :  12 Civ. 4813 (PAE) (JCF)
                                    :  12 Civ. 4896 (PAE) (JCF)
                                    :  12 Civ. 4961 (PAE) (JCF)
                                    :  12 Civ. 5127 (PAE) (JCF)
                                    :  12 Civ. 5128 (PAE) (JCF)
                                    :  12 Civ. 5129 (PAE) (JCF)
                                    :  12 Civ. 5131 (PAE) (JCF)
                                    :  12 Civ. 5132 (PAE) (JCF)
                                    :  12 Civ. 5133 (PAE) (JCF)
                                    :  12 Civ. 5134 (PAE) (JCF)
                                    :  12 Civ. 5155 (PAE) (JCF)
                                    :  12 Civ. 5253 (PAE) (JCF)
                                    :  12 Civ. 5402 (PAE) (JCF)
                                    :  12 Civ. 5404 (PAE) (JCF)
                                    :  12 Civ. 5416 (PAE) (JCF)
                                    :  12 Civ. 5517 (PAE) (JCF)
                                    :  12 Civ. 5518 (PAE) (JCF)
                                    :  12 Civ. 5668 (PAE) (JCF)
                                    :  12 Civ. 5695 (PAE) (JCF)
                                    :  12 Civ. 5760 (PAE) (JCF)
                                    :  12 Civ. 5768 (PAE) (JCF)
                                    :  12 Civ. 5868 (PAE) (JCF)
                                    :  12 Civ. 5867 (PAE) (JCF)
                                    :  12 Civ. 5872 (PAE) (JCF)
                                    :
- - - - - - - - - - - - - - - - - -:       O R D E R
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

The above-captioned case being the first-filed action of many related cases concerning the size of beds provided to inmates at the Anna M. Cross Center at Rikers Island, it is hereby ORDERED as follows:

1. This order, as well as all future orders issued under the

caption above, shall be docketed and filed in each of the following cases unless otherwise indicated:

12 Civ. 5402 (PAE) Animashaun, Damilola v. City of New York, et al.

12 Civ. 5404 (PAE) Jack, Arthur v. City of New York, et al.

12 Civ. 5416 (PAE) Bowman, Willie v. City of New York, et al.

12 Civ. 5517 (PAE) Trifilio, Frank v. City of New York, et al.

12 Civ. 5518 (PAE) Celestin, Kervens v. City of New York, et al.

12 Civ. 5668 (PAE) Boston, Branan v. City of New York, et al.

12 Civ. 5760 (PAE) Etienne, Georges v. City of New York, et al.

12 Civ. 5768 (PAE) Maxwell, Raymond v. City of New York, et al.

12 Civ. 5867 (PAE) Everett, Rasheen v. City of New York, et al.

12 Civ. 5868 (PAE) Cruz, Anthony v. City of New York, et al.

12 Civ. 5872 (PAE) Davis, Benny v. City of New York, et al.

2. Defendants' counsel shall advise the Court how they wish to proceed with respect to the cases identified in paragraph 1 above.

4. The Clerk of Court shall mail a copy of this order to the plaintiff in each case listed in paragraph 1 above.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       August 20, 2012

Copies mailed this date:

3

All Pro Se Plaintiffs in cases identified in paragraph 1

Charles Carey, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

4